Lucious MANOR, Appellant,

v.

The STATE of Texas, Appellee.

No. 28698.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

Bernie GRAHAM, Appellant,

v.

The STATE of Texas, Appellee.

No. 28677.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., of Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of embezzlement of property of the value of $40; the punishment, 10 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of whisky with no tax stamp affixed is the offense, with a prior conviction for an offense of like character. The punishment was assessed at a fine of $100.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.